```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**MARC ANTHONY JAMES ARNOLD**       :       CIVIL ACTION
                                    :
    **v.**                              :
                                    :
**WARDEN DALE MEISEL, et al.**      :       NO. 13-2157

## O R D E R

AND NOW, this 14th day of May, 2013, having considered plaintiff Marc Anthony James Arnold's motion to proceed in forma pauperis and his notice to the court (Document No. 5) it is hereby ORDERED that:

1. The motion to proceed in forma pauperis is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum. If he seeks to continue with this case, plaintiff must remit the filing fee of $350 to the Clerk of Court within thirty (30) days of the date of this Order.

2. Plaintiff's request for an extension of time to provide the missing portions of his inmate account statement is DENIED as moot.

3. This case shall remain CLOSED for statistical purposes.


                                                BY THE COURT:


                                                **s/J. Curtis Joyner**
                                                **J. CURTIS JOYNER, J.**